FILED

JAN 28 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# NOTICE OF SCRIVENER'S ERROR REGARDING CASE NUMBER

Please take notice that a typographical error occurred on **certain service-related documents** associated with the Verified Complaint in Case No. **26-CV-017-SEH-SH**.

Specifically, the **service letter(s)** listed the case number suffix incorrectly as:

**26-CV-017-SCH-SH**

This was a clerical oversight. The correct and official case number, as reflected on the Verified Complaint and filings with this Court, is:

**26-CV-017-SEH-SH**

No changes have been made to the Verified Complaint or to any filed documents with the Clerk. This notice is submitted in honor and clarity to preserve the accuracy of the record and to prevent any confusion regarding prior service.

Filed with all rights reserved and without waiver.

With respect,



_____

**William-Andrew: Ragan**
Trustee / Fiduciary — POWERHOUSE TRUST
Secured Party Creditor — Living Man
Non-Resident — Non-Domestic — Without the United States
2161 N. Cargo Rd., STE A, #150295
Tulsa, Oklahoma [74115-9997]
(918) 350-5418
willaragan33@gmail.com | treeoflife.us@yahoo.com
**All Rights Reserved — Without Prejudice**
**Notice to Agent is Notice to Principal, and vice versa**

AUSTIN RIZZO
Notary Public, State of Oklahoma
Commission # 25009582
My Commission Expires 08-13-2029

1 of 1