# AFFIDAVIT OF SERVICE

**FILED**
**JAN 28 2026**
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: 26-CV-017 SCH-SH | Court: United States District Court Northern District of Oklahoma | County: NA, OK | Job: 15011290 |
|---|---|---|---|
| **Plaintiff / Petitioner:** United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | | **Defendant / Respondent:** EXPERIAN INFORMATION SOLUTIONS, INC. et al. | |
| **Received by:** RMM Service of Process LLC | | **For:** Just Legal Solutions | |
| **To be served upon:** Experian Information Solutions, Inc. | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Stowe, Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128, CT Corporation and Capitol Documents Services; Walters Kluwer intake Manager;

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 9:03 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 9:03 am CST at Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128 received by Amy Stowe. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Blond; Other: CT Corp Capitol Documents Services Walters Kluwer intake Manager;

_____  1/21/26
Ryley McGee                 Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Diana Aleen McGee
Notary Public

1/21/26          6/30/26
Date             Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

<mark>



# AFFIDAVIT OF SERVICE

**FILED**
**JAN 2 8 2026**
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

**Plaintiff / Petitioner:**
United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST

**Defendant / Respondent:**
EXPERIAN INFORMATION SOLUTIONS, INC. et al.

**Received by:**
RMM Service of Process LLC

**For:**
Just Legal Solutions

**To be served upon:**
Equifax Information Services LLC

---

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Gary Parrish, Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159, Corporation Service Company

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 11:43 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:48 am CST at Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159 received by Gary Parrish. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'5"; Hair: Gray; Other: Corporation Service Company Intake Manager;

---

Ryley McGee     Date: 1/21/26
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

Date: 1/21/26     Commission Expires: 6/30/26

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921   Expires 06/30/26

# AFFIDAVIT OF SERVICE

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| TransUnion, LLC (via The Prentice-Hall Corporation System, Oklahoma, Inc. - c/o CT Corp |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Stowe, Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128, CT Corporation and Capitol Documents Services; Walters Kluwer intake Manager;

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 9:03 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 9:03 am CST at Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128 received by Amy Stowe. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Blond; Other: CT Corp Capitol Documents Services Walters Kluwer intake Manager;

_____  1/21/26
Ryley McGee              Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26              6/30/26
Date              Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

| Case: 26-CV-017 SCH-SH | Court: United States District Court Northern District of Oklahoma | County: NA, OK | Job: 15011290 |
|---|---|---|---|
| **Plaintiff / Petitioner:** United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | | **Defendant / Respondent:** EXPERIAN INFORMATION SOLUTIONS, INC. et al. | |
| **Received by:** RMM Service of Process LLC | | **For:** Just Legal Solutions | |
| **To be served upon:** LexisNexis Risk Solutions | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Stowe, Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128, CT Corporation and Capitol Documents Services; Walters Kluwer intake Manager;

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 9:03 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 9:03 am CST at Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128 received by Amy Stowe. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Blond; Other: CT Corp Capitol Documents Services Walters Kluwer intake Manager;

_____   1/21/26
Ryley McGee             Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26        6/30/26
Date          Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

# AFFIDAVIT OF SERVICE

**FILED**
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: 26-CV-017 SCH-SH | Court: United States District Court Northern District of Oklahoma | County: NA, OK | Job: 15011290 |
|---|---|---|---|
| **Plaintiff / Petitioner:** United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | | **Defendant / Respondent:** EXPERIAN INFORMATION SOLUTIONS, INC. et al. | |
| **Received by:** RMM Service of Process LLC | | **For:** Just Legal Solutions | |
| **To be served upon:** CoreLogic Credco, LLC | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Larry Mahsetky, Oklahoma Secretary of State Intake Manager; 421 Northwest 13th Street 210, Oklahoma City, OK 73103

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 10:30 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:30 am CST at Oklahoma Secretary of State: 421 Northwest 13th Street 210, Oklahoma City, OK 73103 received by Larry Mahsetky. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Brown; Other: Oklahoma Secretary of State Intake Manager;

Ryley McGee     Date 1/21/26
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public
Date 1/21/26     Commission Expires 6/30/26

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26

# AFFIDAVIT OF SERVICE

**FILED**
**JAN 28 2026**
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: | |
|---|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 | |

**Plaintiff / Petitioner:**
United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST

**Defendant / Respondent:**
EXPERIAN INFORMATION SOLUTIONS, INC. et al.

**Received by:**
RMM Service of Process LLC

**For:**
Just Legal Solutions

**To be served upon:**
Cogency Global, Early Warning Services, LLC

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kayla Salser, Paralegal for Devol and Associates, Registered Agent: 15205 Traditions Lake Parkway, Edmond, OK 73013

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 10:04 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:04 am CST at Early Warning Services, LLC: 15205 Traditions Lake Parkway, Edmond, OK 73013 received by Kayla Salser. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Red; Other: Paralegal for Devol and Associates;

_____     1/21/26
Ryley McGee                 Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

_Diana Aleen McGee_
**Notary Public**

1/21/26          6/30/26
Date             Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

# AFFIDAVIT OF SERVICE

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: | |
|---|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 | |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| National Consumer Telecom & Utilities Exchange (NCTUE) (via Equifax/CSC per request) |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Gary Parrish, Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159, Corporation Service Company

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 11:43 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:48 am CST at Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159 received by Gary Parrish. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'5"; Hair: Gray; Other: Corporation Service Company Intake Manager;

Ryley McGee    Date 1/21/26
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

Date 1/21/26    Commission Expires 6/30/26

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26

# AFFIDAVIT OF SERVICE

**FILED JAN 28 2026**
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| ChexSystems, Inc. |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Larry Mahsetky, Oklahoma Secretary of State Intake Manager; 421 Northwest 13th Street 210, Oklahoma City, OK 73103

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 10:30 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:30 am CST at Oklahoma Secretary of State: 421 Northwest 13th Street 210, Oklahoma City, OK 73103 received by Larry Mahsetky. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Brown; Other: Oklahoma Secretary of State Intake Manager;

_____   1/21/26
Ryley McGee                  Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26                6/30/26
Date               Commission Expires


DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26

# AFFIDAVIT OF SERVICE



FILED
JAN 2 8 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| Credence Resource Management, LLC |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Gary Parrish, Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159, Corporation Service Company

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 11:43 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:48 am CST at Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159 received by Gary Parrish. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'5"; Hair: Gray; Other: Corporation Service Company Intake Manager;

_____  1/21/26
Ryley McGee                 Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26                  6/30/26
Date          Commission Expires

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

# AFFIDAVIT OF SERVICE

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: 26-CV-017 SCH-SH | Court: United States District Court Northern District of Oklahoma | County: NA, OK | Job: 15011290 |
|---|---|---|---|
| **Plaintiff / Petitioner:** United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | | **Defendant / Respondent:** EXPERIAN INFORMATION SOLUTIONS, INC. et al. | |
| **Received by:** RMM Service of Process LLC | | **For:** Just Legal Solutions | |
| **To be served upon:** Cox Communications, Inc. | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Stowe, Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128, CT Corporation and Capitol Documents Services; Walters Kluwer intake Manager;

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 9:03 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 9:03 am CST at Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128 received by Amy Stowe. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Blond; Other: CT Corp Capitol Documents Services Walters Kluwer intake Manager;

_____  1/21/26
Ryley McGee                Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26           6/30/26
Date              Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

# AFFIDAVIT OF SERVICE

FILED
JAN 2 8 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| NewRez LLC d/b/a Shellpoint Mortgage Servicing |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Gary Parrish, Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159, Corporation Service Company |
| Manner of Service: | Substitute Service - Business, Jan 20, 2026, 11:43 am CST |
| Documents: | RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS, |

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:48 am CST at Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159 received by Gary Parrish. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'5"; Hair: Gray; Other: Corporation Service Company Intake Manager;

Ryley McGee    Date 1/21/26
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

Date 1/21/26    Commission Expires 6/30/26

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26

# AFFIDAVIT OF SERVICE

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| Caliber Home Loans, Inc. |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Larry Mahsetky, Oklahoma Secretary of State Intake Manager; 421 Northwest 13th Street 210, Oklahoma City, OK 73103

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 10:30 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:30 am CST at Oklahoma Secretary of State: 421 Northwest 13th Street 210, Oklahoma City, OK 73103 received by Larry Mahsetky. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Brown; Other: Oklahoma Secretary of State Intake Manager;

Ryley McGee    Date 1/21/26
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

Date 1/21/26    Commission Expires 6/30/26

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| Everett Financial, Inc. d/b/a Supreme Lending |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Gary Parrish, Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159, Corporation Service Company |
| Manner of Service: | Substitute Service - Business, Jan 20, 2026, 11:43 am CST |
| Documents: | RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS, |

Additional Comments:
1) Successful Attempt: Jan 20, 2026, 10:48 am CST at Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159 received by Gary Parrish. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'5"; Hair: Gray; Other: Corporation Service Company Intake Manager;

_____  1/21/26
Ryley McGee                Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26                    6/30/26
Date                       Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

# AFFIDAVIT OF SERVICE

FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| United Fidelity Funding Corp. |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Gary Parrish, Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159, Corporation Service Company

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 11:43 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 10:48 am CST at Registered Agent: 10300 Greenbriar Place, Oklahoma City, OK 73159 received by Gary Parrish. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'5"; Hair: Gray; Other: Corporation Service Company Intake Manager;

---

Ryley McGee  
PSS-25-1 - Grady County  
Date: 1/21/26

RMM Service of Process LLC  
308 Summer Oaks Drive  
Blanchard, OK 73010  
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee  
Notary Public  
Date: 1/21/26  
Commission Expires: 6/30/26

DIANA ALEEN MCGEE  
NOTARY PUBLIC  
STATE OF OKLAHOMA  
Commission # 22008921 Expires 06/30/26

# Affidavit of Process Server

FILED
JAN 2 8 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OKLAHOMA | | |
|---|---|---|
| (NAME OF COURT) | | |
| WILLIAM-ANDREW: RAGAN, TRUSTEE OF POWERHOUSE TRUST | vs  EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. | 26-CV-017-SEH-SH |
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, JOSEPH IANNAZZI, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name:** SHONTAE WILLIAMS (ESCROW PROCESSING CLERK)

**Address:** INTEGRITY TITLE & CLOSING, LLC 9815 E 81ST ST TULSA, OK 74133

**Documents:** Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 15 and explaining the general nature of the papers and stated their name is: SHONTAE WILLIAMS

☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1) 01/20/2026  02:48 PM   (2) _____

(3) _____   (4) _____   (5) _____

**Additional Comments:**

I entered the business premises of Integrity Title & Closing, LLC. I approached the front desk and spoke with an individual who identified herself as Shontae Williams (Escrow Processing Clerk). I asked Ms. Williams if she was authorized to accept legal paperwork on behalf of Integrity Title & Closing, LLC. She verbally replied "Yes." I handed the service packet to her. She accepted the documents and confirmed her identity as Shontae Williams. Service was completed successfully.

_Joseph Iannazzi_   1-20-26
JOSEPH IANNAZZI   Date
PSL 2025-5
539-367-6832

AMBER LEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 03010238  Expires 07/28/27
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Amber Lee_
Notary Public
1/20/26    7/28/27
Date      Commission Expires

# AFFIDAVIT OF SERVICE



FILED
JAN 28 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: | Court: | County: | Job: | |
|---|---|---|---|---|
| 26-CV-017 SCH-SH | United States District Court Northern District of Oklahoma | NA, OK | 15011290 | |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | EXPERIAN INFORMATION SOLUTIONS, INC. et al. |

| Received by: | For: |
|---|---|
| RMM Service of Process LLC | Just Legal Solutions |

| To be served upon: |
|---|
| Capitol Document Services, Inc., South Pointe Honda, |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Stowe, Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128, CT Corporation and Capitol Documents Services; Walters Kluwer intake Manager;

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 9:03 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 9:03 am CST at Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128 received by Amy Stowe. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Blond; Other: CT Corp Capitol Documents Services Walters Kluwer intake Manager;

_____   1/21/26
Ryley McGee                   Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26            6/30/26
Date              Commission Expires



DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26

# AFFIDAVIT OF SERVICE



FILED
JAN 2 8 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| Case: 26-CV-017 SCH-SH | Court: United States District Court Northern District of Oklahoma | County: NA, OK | Job: 15011290 |
|---|---|---|---|
| **Plaintiff / Petitioner:** United States District Court Northern District of Oklahoma FROM: William-Andrew: Ragan, Trustee of POWERHOUSE TRUST | | **Defendant / Respondent:** EXPERIAN INFORMATION SOLUTIONS, INC. et al. | |
| **Received by:** RMM Service of Process LLC | | **For:** Just Legal Solutions | |
| **To be served upon:** Santander Consumer USA Inc | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Amy Stowe, Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128, CT Corporation and Capitol Documents Services; Walters Kluwer intake Manager;

**Manner of Service:** Substitute Service - Business, Jan 20, 2026, 9:03 am CST

**Documents:** RE: Correction and Replacement Filing, POWERHOUSE TRUST: FEDERAL RECORD CORRECTION PACKET, JS 44 CIVIL COVER SHEET, NOTICE OF APPEARANCE AND LAWFUL CAPACITY, EXHIBITS,

**Additional Comments:**
1) Successful Attempt: Jan 20, 2026, 9:03 am CST at Registered Agent: 1833 South Morgan Road, Oklahoma City, OK 73128 received by Amy Stowe. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'5"; Hair: Blond; Other: CT Corp Capitol Documents Services Walters Kluwer intake Manager;

_____   1/21/26
Ryley McGee                  Date
PSS-25-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

Subscribed and sworn to before me by the affiant who is personally known to me.

Diana Aleen McGee
Notary Public

1/21/26                6/30/26
Date                   Commission Expires

DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921  Expires 06/30/26